UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL GUNN,

                Plaintiff,

-against-

DR. ROBERT BENTIVEGNA, F.H.S.D.,

                Defendant.

20-CV-0253 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued March 24, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 24, 2020
          New York, New York

                                            *Louis L. Stanton*
                                              Louis L. Stanton
                                                   U.S.D.J.